No. 26-1136

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Theresa Sweet, *et al.*,

*Plaintiffs-Appellees*,

v.

Linda McMahon, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education,

*Defendants-Appellants.*

On Appeal from the United States District Court for the Northern District of California

**CIRCUIT RULE 27-3 CERTIFICATE**

                    BRETT A. SHUMATE
                      *Assistant Attorney General*

                  MICHAEL S. RAAB
                  SEAN R. JANDA
                  *Attorneys, Appellate Staff*
                  *Civil Division, Room 7260*
                  *U.S. Department of Justice*
                  *950 Pennsylvania Avenue NW*
                  *Washington, DC 20530*
                  *202-514-3388*

# CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Telephone numbers and addresses of the attorneys for the parties**

*Counsel for Plaintiffs–Appellees:*

Rebecca Claire Eisenbrey
   (reisenbrey@ppsl.org)
Rebecca Cooperman Ellis
   (rellis@ppsl.org)
Eileen M. Connor
   (econnor@ppsl.org)
Noah Zinner
   (nzinner@ppsl.org)
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
617-322-2808

*Counsel for Defendants–Appellants:*[1]

Michael S. Raab
   (michael.raab@ppsl.org)
Sean R. Janda
   (sean.r.janda@usdoj.gov)
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
202-514-3388

**(2) Facts showing the existence and nature of the emergency**

This appeal arises out of the district court's refusal to modify a settlement, incorporated into the court's judgment, under which the Department of Education is required to provide full student-loan discharges and refunds to non-plaintiffs whose administrative applications for relief were not resolved by the Department before a

---

[1] At an earlier stage of this case, four educational institutions were granted intervention for the limited purpose of challenging the parties' settlement. Those challenges were rejected by this Court, *see Sweet v. Cardona*, 121 F.4th 32 (9th Cir. 2024), *cert. denied sub nom. Everglades College, Inc. v. McMahon*, No. 25-492, 2026 WL 490787 (U.S. Feb. 23, 2026), and the intervenors have not participated in the post-judgment proceedings giving rise to this appeal. The government thus omits them from this certificate.

i

January 28, 2026 deadline set by the original settlement. As a result, absent extension of that deadline, the Department will be required to provide more than $11 billion in loan relief to approximately 170,000 non-plaintiffs, without any determination that those borrowers would be entitled to relief on the merits. That multi-billion-dollar windfall to non-plaintiffs at taxpayer expense is not supported by principles of equity, and the settlement's deadline should be stayed pending appeal.

In addition, the Department requires relief pending appeal by March 26. Without relief by that date, the Department will be required to provide notice to the affected borrowers about the forthcoming full relief and, shortly thereafter, the Department will be required to begin effectuating the relief, perhaps irreversibly.

**(3)     When and how counsel notified**

Government counsel notified plaintiffs' counsel by e-mail of the government's intent to file this stay motion on February 26, 2026. Service will be effected by electronic service through the CM/ECF system and e-mail. Plaintiffs' counsel indicated that plaintiffs oppose the stay motion.

**(4)     Submissions to the district court**

In the government's motion to the district court, the government requested that, should the court "deny this motion," it stay "the deadline for issuing notices to

post-class members" pending "the disposition of any appeal." Dkt. No. 514, at 24. The court did not enter the requested stay.

*Counsel for Defendants–Appellants*

BRETT A. SHUMATE
  *Assistant Attorney General*

MICHAEL S. RAAB
SEAN R. JANDA
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7260*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *202-514-3388*
  *sean.r.janda@usdoj.gov*
