# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 26-1136

**Case Name** Sweet v. McMahon

**Counsel submitting this form** Sean R. Janda

**Represented party/parties** Defendants-Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

In 2022, the Department of Education entered a settlement with a class of student-loan borrowers who assert that they were defrauded by their schools and who had administrative applications for student-loan relief pending. As one component of that settlement, the Department agreed to resolve, by January 28, 2026, additional applications submitted by so-called "post-class applicants." But more than 250,000 applications were submitted, which was many more than the Department expected. As a result, the Department was able to meet its January 2026 deadline only for approximately 60,000 applicants. Under the agreement, the Department would be required to provide billions of dollars in automatic refunds and discharges to the remaining applicants. The Department thus moved in district court for an 18-month extension of the deadline.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7**   Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The district court denied the Department's motion in substantial part, providing only a short extension for a small minority of the affected claims. And the court denied the Department's follow-up motion for relief or for reconsideration of the original decision. The main issue on appeal is whether the district court erred in refusing to grant the Department's requested extension of the relevant deadline.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no active proceedings ongoing in district court nor any ongoing proceedings in other tribunals. The district court has generally retained jurisdiction to enforce the settlement agreement, and so additional proceedings may occur in district court while this appeal is pending with regard to the Department's ongoing implementation.

**Signature** s/ Sean R. Janda **Date** February 27, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2