UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al., <br><br>       Plaintiffs - Appellees, <br><br>  v. <br><br> LINDA MCMAHON, Secretary of the United States Department of Education and UNITED STATES DEPARTMENT OF EDUCATION, <br><br>       Defendants - Appellants. | No. 26-1136 <br><br> D.C. No. 4:19-cv-03674-HSG Northern District of California, Oakland <br><br> ORDER |

Before: WARDLAW, OWENS, and BRESS, Circuit Judges.

The appeal is hereby expedited. The briefing schedule is amended as follows: (1) Defendants-Appellants are directed to file their Opening Brief by April 9, 2026; (2) Plaintiffs-Appellees are directed to file their Answering Brief by April 23, 2026; (3) Defendants-Appellants may file an optional Reply Brief by May 7, 2026.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances. The panel will schedule any oral argument by separate order.